# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

KINGRALE COLLINS                                                                                              PLAINTIFF
ADC #SK945

V.                                              5:09CV00151-WRW

L. ROBINSON                                                                                                   DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to pay the $350.00 filing fee.

2.      The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 26th day of August, 2009.

                                                                /s/Wm. R. Wilson, Jr.
                                                           UNITED STATES DISTRICT JUDGE