### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

KINGRALE COLLINS                                                                                          PLAINTIFF
ADC #SK945

V.                                              NO: 5:09CV00151 WRW

L. ROBINSON                                                                                                DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 26th day of August, 2009.


/s /Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE